IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MARCKIA LAWRENCE,                                          No. 3:19-cv-02103-JR

            Plaintiff,                                       ORDER

    v.

PARAMOUNT RESIDENTIAL MORTGAGE
GROUP, INC.,
            Defendant.

HERNÁNDEZ, District Judge:

    Magistrate Judge Russo issued a Findings and Recommendation [22] on July 20, 2020, in

which she recommends that the Court grant Defendant's Motion to Dismiss [13] and Request for

Judicial Notice [14]. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B)

and Federal Rule of Civil Procedure 72(b).

Plaintiff filed timely objections to the Magistrate Judge's Findings & Recommendation. Pl. Obj., ECF 24. When any party objects to any portion of the Magistrate Judge's Findings & Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1); *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

The Court has carefully considered Plaintiff's objections and concludes that there is no basis to modify the Findings & Recommendation. The Court has also reviewed the pertinent portions of the record *de novo* and finds no error in the Magistrate Judge's Findings & Recommendation.

## CONCLUSION

The Court adopts Magistrate Judge Russo's Findings and Recommendation [22]. Therefore, Defendant's Motion to Dismiss and Request for Judicial Notice is granted.

IT IS SO ORDERED.


DATED:   November 10, 2020   .




_____
MARCO A. HERNÁNDEZ
United States District Judge