IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


MARCKIA LAWRENCE,

          Plaintiff,

   v.

PARAMOUNT RESIDENTIAL MORTGAGE
GROUP, INC.,

          Defendant.

No. 3:19-cv-02103-JR

ORDER

HERNÁNDEZ, District Judge:

     Magistrate Judge Russo issued a Findings and Recommendation [43] on May 4, 2021, in which she recommends that the Court grant Defendant's Motion for Summary Judgment [35] and deny Plaintiff's Rule 56(d)/Rule 56(f) Motion [39]. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

1 - ORDER

Plaintiff filed timely objections to the Magistrate Judge's Findings & Recommendation. Pl. Obj., ECF 24. When any party objects to any portion of the Magistrate Judge's Findings & Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1); *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

The Court has carefully considered Plaintiff's objections and concludes that there is no basis to modify the Findings & Recommendation. The Court has also reviewed the pertinent portions of the record *de novo* and finds no error in the Magistrate Judge's Findings & Recommendation.

## CONCLUSION

The Court adopts Magistrate Judge Russo's Findings and Recommendation [43]. Therefore, Defendant's Motion for Summary Judgment is granted and Plaintiff's Rule 56(d)/Rule 56(f) Motion is denied.

IT IS SO ORDERED.

DATED:     August 12, 2021         .

MARCO A. HERNÁNDEZ
United States District Judge