IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MARCKIA LAWRENCE,

        Plaintiff,

    v.

PARAMOUNT RESIDENTIAL MORTGAGE GROUP, INC.,

        Defendant.

No. 3:19-cv-02103-JR

ORDER

HERNÁNDEZ, District Judge:

    Magistrate Judge Russo issued a Findings and Recommendation on October 12, 2021, in which she recommends that the Court deny Defendant's Motion for Attorney Fees. F&R, ECF 56. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

1 – ORDER

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

## CONCLUSION

The Court adopts Magistrate Judge Russo's Findings and Recommendation No. 56. Accordingly, Defendant's Motion for Attorney Fees [51] is DENIED.

IT IS SO ORDERED.


DATED:         November 16, 2021         .


_____
MARCO A. HERNÁNDEZ
United States District Judge


2 – ORDER